IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNALEINE REYNOLDS,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVE APPLEGATE, et al.,<br><br>    Defendants. / | No. C 10-04427 CRB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On February 14, 2011, the Court issued an Order granting with prejudice a Motion to Dismiss filed by three of the four defendants in this case. See dckt. no. 38. The Court noted that Plaintiff Annaleine Reynolds had been granted an extension of time in which to serve the fourth defendant, Doug Nadius. Id. at 2, n.3. Indeed, Plaintiff was given thirty days from February 4, 2011 in which to serve Nadius. See dckt. no. 36. She has not done so. Accordingly, the case is DISMISSED with prejudice against Nadius as well.

**IT IS SO ORDERED.**

Dated: March 24, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4427\order re nadius.wpd