United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNALEINE REYNOLDS,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVE APPLEGATE, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-04427 CRB<br><br>**JUDGMENT** |

    Having granted three of the four Defendants' motion to dismiss, and having dismissed the fourth Defendant for failure to serve, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: March 24, 2011

                               CHARLES R. BREYER
                               UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4427\judgment.wpd